**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-02275-NYW

MICHAEL L. PATTON,

    Plaintiff,

v.

WYNDHAM HOTELS AND RESORTS, LLC d/b/a LAQUINTA BY WYNDHAM DENVER ENGLEWOOD TECH CENTER,

    Defendant.

---

## DEFENDANT'S STATUS REPORT

---

Defendant Wyndham Hotels and Resorts, LLC d/b/a LaQuinta by Wyndham Denver Englewood Tech Center ("Defendant"), by and through its undersigned counsel, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., submits this Status Report as required by the Court's Minute Order of December 14, 2021 (Dkt. #14), and states as follows:

1. Plaintiff filed his Complaint on August 20, 2021 and served Defendant on November 18, 2021. (Dkts. #1, 8.)

2. Defendant filed a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) and served Plaintiff with a copy by U.S. Mail on December 9, 2021. (Dkt. #9.)

3. Plaintiff filed an Amended Complaint on December 10, 2021. (Dkt. #11.)

4. Defendant's deadline to answer or otherwise respond to the Amended Complaint is December 24, 2021.

5. While many of its arguments will be similar to those raised in the Motion to Dismiss, because the Amended Complaint is different in some respects from the Complaint,

Defendant intends to file a renewed Motion to Dismiss the Amended Complaint by December 24, 2021.

Respectfully submitted this 20th day of December, 2021.

>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
>
>*s/ Michael H. Bell*
>Michael H. Bell
>Rebecca M. Lindell
>2000 South Colorado Boulevard
>Tower Three, Suite 900
>Denver, CO  80222
>Telephone:  303.764.6800
>Facsimile:   303.831.9246
>mike.bell@ogletree.com
>rebecca.lindell@ogletree.com
>
>*Attorneys for Wyndham Hotels and Resorts, LLC d/b/a LaQuinta by Wyndham Denver Englewood Tech Center*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 20th day of December, 2021, I electronically filed the foregoing **DEFENDANT'S STATUS REPORT** with the Clerk of Court using the CM/ECF system and served a true and accurate copy of the same by U.S. Mail and e-mail upon Plaintiff, as follows:

Michael L. Patton
6570 South Heritage Place West
Centennial, CO 80111-4367
mikepattonsmail@gmail.com

*pro se Plaintiff*

                                                *s/ Alison L. Shaw*
                                                Alison L. Shaw, Paralegal